' TMH:th
AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

STATE AND ____ DISTRICT OF ____ MINNESOTA

UNITED STATES OF AMERICA

v.

MATTHEW MARTIN HECKER and
BOYD ETHAN WILKINSON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 11-mj407 SER

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____ September 30, 2011 ____, in ____ Anoka County ____, in the State and District of ____ Minnesota ____, and elsewhere, the defendants did, (Track Statutory Language of Offense) **unlawfully, knowingly and intentionally conspire to distribute marijuana, a controlled substance,**

in violation of Title ____ 21 ____ United States Code, Sections ____ 841(a)(1), (a)(1)(D) and 846 ____.

I further state that I am a ____ Special Agent, HSI ____ and that this complaint is based on the following facts:
                                              Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**Travis W. Hamblen**
Special Agent, HSI

Sworn to before me and subscribed in my presence,

30 September 2011         at    Saint Paul, Minnesota
Date                                  City and State

Steven E. Rau, United States Magistrate Judge
Name & Title of Judicial Officer    Signature of Judicial Officer

SCANNED
OCT 03 2011
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA     )
                       )  AFFIDAVIT OF TRAVIS W. HAMBLEN
COUNTY OF RAMSEY       )

I, Travis W. Hamblen, being duly sworn, depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI"), and I am currently assigned to the Drug Enforcement Administration as a Task Force Officer. I have been a federal law enforcement officer since 1996. In my current assignment, I investigate federal drug trafficking and money laundering violations. I have received specialized training pertaining to drug trafficking, money laundering, undercover operations and electronic and physical surveillance procedures. I have been involved in numerous investigations dealing with the possession, manufacture, distribution, and importation of controlled substances.

2. This affidavit is submitted in support of a criminal complaint for Matthew Martin Hecker and Boyd Ethan Wilkinson charging them with conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) and 846.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary

to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. In September of 2011, I received information that on or about September 26, 2011, a confidential source ("CS") had witnessed suspicious activity at the Anoka County Airport in Blaine, Minnesota. Specifically, the CS noted that two white males were operating a Mooney airplane which was laden with several large hockey bags which filled the entire cabin of the airplane. The CS noted that the two white males were very nervous and that their behavior was unusual for the airport environment. The CS suspected that the bags contained illegal drugs.

5. On September 30, 2011, at approximately 3:30 a.m., I saw a Mooney M20 airplane bearing tail number N5640Q land on runway 27 at the Anoka Airport. At the time, the air traffic control tower was closed and the airport was in an uncontrolled status. During the preceding three hours, there was no airplane traffic at the airport. The airplane taxied off of the runway to a taxiway where it stopped moving. After about two minutes, I approached the airplane in my government vehicle. I noticed that the airplane was occupied by two white males and that the entire rear cabin area was filled with large hockey bags. I made contact with the pilot, who was later identified as Boyd Ethan Wilkinson, and the co-pilot, who was later identified as Matthew Martin Hecker. When the co-pilot

opening the door to the airplane, I immediately smelled the strong odor of marijuana. I asked Wilkinson and Hecker to get out of the airplane. A drug detection then dog positively alerted for the presence of drugs. I opened one of the hockey bags and noticed that it was filled with suspected marijuana. Wilkinson then said that he and Hecker were being paid to transport the bags. The total weight of the marijuana in the bags was approximately 88 pounds. A sample field-tested positively for the presence of marijuana.

6. In a post-*Miranda* interview, Wilkinson admitted that he and Hecker made a similar trip on the previous Monday (September 26). He said that on that trip, the airplane was similarly laden with hockey bags and that they had delivered the bags to an unidentified person at the Anoka County Airport near the fuel pump area. Wilkinson initially stated that he did not know what was in the hockey bags, but then acknowledged that he and Hecker knew they were transporting marijuana. He did not want to provide information as to the owners or intended recipients of the marijuana.

7. Based on the foregoing, there is probable cause to believe that Matthew Martin Hecker and Boyd Ethan Wilkinson unlawfully, knowingly and intentionally conspired to distribute marijuana, a

controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(a)(1)(D) and 846.

Travis W. Hamblen
Special Agent, HSI

Sworn and subscribed to before me this 30 day of September, 2011.

Steven E. Rau
United States Magistrate Judge

4